IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SEYOUM ALI CLARK,
ADC #120783                                                                       PLAINTIFF

v.                              No. 1:16-cv-103-DPM-JTR

BRADELY HOWARD ROBERTSON,
Corporal, Grime Unit, ADC; BAKER,
Lieutenant, ADC; MITCHELL JONES,
Nurse/CCS; REICHARD, Doctor/CCS;
ARKANSAS DEPARTMENT OF CORRECTION;
CORRECT CARE SOLUTION; JOHNNY MORRIS,
CO-II, Grimes Unit, ADC; S. ARMSTRONG,
LPN/Correct Care Solutions; and FINNEY,
Disciplinary Officer, Grimes Unit, ADC                          DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. This case will be dismissed without prejudice because Clark didn't intend to file two cases about the alleged civil rights violations from December 2015. № 5 & 6. Clark may proceed with those claims in his first-filed case—*Clark v. Robertson*, 1:16-cv-83-BSM-PSH.

3. Clark's motion for leave to proceed *in forma pauperis*, № 1, and motion to consolidate, № 5, are denied as moot.

4. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United State District Judge

30 August 2016