IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SEYOUM ALI CLARK,
ADC #120783                                                                                      PLAINTIFF

v.                                    No. 1:16-cv-103-DPM

BRADELY HOWARD ROBERTSON,
Corporal, Grime Unit, ADC; BAKER,
Lieutenant, ADC; MITCHELL JONES,
Nurse/CCS; REICHARD, Doctor/CCS;
ARKANSAS DEPARTMENT OF CORRECTION;
CORRECT CARE SOLUTION; JOHNNY MORRIS,
CO-II, Grimes Unit, ADC; S. ARMSTRONG,
LPN/Correct Care Solutions; and FINNEY,
Disciplinary Officer, Grimes Unit, ADC                                      DEFENDANTS

## JUDGMENT

Clark's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United State District Judge

_30 August 2016_